UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| RAEIS CONSTRUCTORS, LLC, <br>        Plaintiff, <br> v. <br><br> CIRCLE K STORES, INC., <br>     Defendant/Counter-Plaintiff, <br> v. <br><br> MECO BUILDERS, INC., <br>       Third-Party Defendant | Civil Action No. 5:18-cv-00240-FL <br><br> **ORDER GRANTING CONSENT MOTION TO EXTEND TIME FOR THE COURT TO RULE ON PENDING MOTIONS TO DISMISS UNTIL MEDIATION CAN BE COMPLETED** |

  Upon consideration of Defendant/Third-Party Plaintiff Circle K Store, Inc.'s ("Circle K") motion for an order to extend the time for the Court to rule on Defendant Circle K Stores, Inc.'s Motion to Dismiss Plaintiff's Complaint with Prejudice (Doc. No. 33) and Third-Party Defendant Meco Builders, Inc.'s Motion to Dismiss Circle K Stores Inc.'s Third-Party Complaint and Compel Arbitration (Doc. No. 45); and based on Circle K's motion and consent of the other parties;

  IT IS ORDERED that the Court will extend its time to rule on Defendant Circle K Stores, Inc.'s Motion to Dismiss Plaintiff's Complaint with Prejudice (Doc. No. 33) and Third-Party Defendant Meco Builders, Inc.'s Motion to Dismiss Circle K Stores Inc.'s Third-Party Complaint and Compel Arbitration (Doc. No. 45) for ninety days, up to an including, August 14, 2019.

  This  20th  day of  May , 2019

                     /s/ Louise W. Flanagan
                     Louise Wood Flanagan
                     US District Court Judge