UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| RAEIS CONSTRUCTORS, LLC. ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 5:18-CV-240-FL |
| CIRCLE K. STORES, INC. ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion to dismiss, third-party defendant's motion to dismiss and motion to compel and plaintiff's notice of adoption of third-party defendant's motion to dismiss construed as a motion to compel arbitration and for voluntary dismissal of its claims in favor of arbitration.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered December 13, 2019, and for the reasons set forth more specifically therein, defendant's motion to dismiss is GRANTED for failure to state a claim and third-party defendant's motion to dismiss and motion to compel are GRANTED. Plaintiff's claims are DISMISSED WITH PREJUDICE. Plaintiff's notice of adoption of third-party defendant's motion to dismiss, which the court has construed as including a motion to compel arbitration and for voluntary dismissal of its claims in favor of arbitration, is DENIED. Defendant's claims against third-party defendant are DISMISSED in favor of arbitration in accordance with their arbitration agreement, and on the terms set forth herein. The court retains jurisdiction over defendant's claim against third-party defendant solely to appoint an arbitrator, if defendant and third-party defendant are unable to reach agreement.

**This Judgment Filed and Entered on December 13, 2019, and Copies To:**
Norwood Shelton Jones / John Bruster Lloyd (via CM/ECF Notice of Electronic Filing)
Christopher M. Hinnant / Sameer S. Karim / Tiffany A. Harrod (via CM/ECF Notice of Electronic Filing)
Ross Andrew Cook (via CM/ECF Notice of Electronic Filing)

December 13, 2019              PETER A. MOORE, JR., CLERK

                                         /s/ Sandra K. Collins
                                         (By) Sandra K. Collins, Deputy Clerk